IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

JOSE OSVALDO MOLINA,
Plaintiff

v.                                                                                      CIVIL NO. 05-2356(DRD)

UNION INDEPENDIENTE
AUTENTICA, et al.,
Defendants

| MOTION | ORDER |
|---|---|
| Date Filed: 07/07/06<br>Docket #23<br>[X] Plaintiff<br>[] Defendant<br>Title: Motion for Entry of Default and Default Judgment | **GRANTED in part.** Because co-defendants have failed to timely appear before the Court, the Clerk of Court is **INSTRUCTED** to Enter Default against co-defendants Andres Carrasquillo, Wilfredo Medina, Hector Rene Lugo, Pedro Irene Maymi, Jorge Urbina, Juan Garcia, and Jose Morales. As to plaintiffs' request to enter Default Judgment and scheduling a hearing on damages, the request is **DENIED**. The Court shall await co-defendants motion in compliance with the Order issued for motion at Docket Entry No. 25. |
| Date Filed:07/07/06<br>Docket #25<br>[] Plaintiff<br>[X] Defendant<br>Title: Motion Requesting Extension of Time to Answer the Complaint | **DENIED.** Co-defendants' motion for an extension of time was belatedly file pursuant to Rule 6(b), Fed.R.Civ.P., 28 U.S.C. Further, counsel is advised that the law in this Circuit is that having too many cases to handle is not an excuse to fail to comply with this Court's Order. The Court, consistently, has refused to accept such excuses. See. *Méndez v. Banco Popular de P.R.*, 900 F.2d 4,8 (1st Cir. 1990); *Pinero Schroeder v. FNMA*, 574 F.2d 1117,1118 (1st Cir. 1978). "The fact that an attorney has other fish to fry is not an acceptable reason for disregarding a court order". *Chamorro v. Puerto Rican Cars Inc.*, 304, F.3d 1, 5 (1st Cir., 2002). This mandate to the undersigned means: "Too many fish to fry is no excuse to fail to comply". Finally, should defendant seek to set aside the Entry of Default, its motion shall fully comply with the requisites set forth in *Coon v. Greenier*, 867 F.2d 73, 76 (1st Cir. 1989). Defendant is granted until **July 27, 2006,** to file its motion moving the Court to set aside the Entry of Default. **Absolutely any request for an extension of time shall be SUMMARILY DENIED.** |

IT IS SO ORDERED.
In San Juan, Puerto Rico this 12th day of July 2006.

S/DANIEL R. DOMINGUEZ
DANIEL R. DOMINGUEZ
U.S. DISTRICT JUDGE